IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK ALLEN,                        )
                                      )
            Plaintiff,                )
                                      )
       v.                             )      1:22CV581
                                      )
NORTH CAROLINA DEPARTMENT OF          )
MOTOR VEHICLES,                       )
                                      )
            Defendant.                )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on July 27, 2022, was served on the parties in this action. (Text Recommendation dated July 27, 2022; Doc. 5.) Plaintiff objected to the Recommendation (Doc. 6), but the objections fail to make any specific contention as to any alleged error by the Magistrate Judge. No de novo review is required, and the Recommendation is adopted on that basis. Alternatively, the court has reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a claim.

/s/   Thomas D. Schroeder
                                     United States District Judge
August 8, 2022